| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) LINARES, JOSE L | 2. Court or Organization U.S. DISTRICT COURT NEW JERSEY | 3. Date of Report 6/20/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address FEDERAL COURTHOUSE 50 WALNUT ST. ROOM 5054 EWARK, NJ 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADJUNCT PROFESSOR | SETON HALL UNIVERSITY |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12132000 | LAW PRACTICE OF LINARES, COVIELLO & SANTANA, ESQS AND JOSE LINARES (CONTINUED PART 8) |



RECEIVED 2005 JUL 15 P 3: 2 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 070104 | LINARES, COVIELLO & SANTANA ESQS. POST SALE FEES | 81958 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12312004 | PARTY CITY OF ORANGE, INC. SALARY |
| 2. 1231204 | VERONA BOARD OF EDUCATION SALARY |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. TREASURY (IRS) | 2004 INCOME TAXES DUE 4/15/05 | K |
| 2. | STATE OF NEW JERSEY | 2004 INCOME TAXES DUE 4/15/05 | J |
| 3. | MET LIFE SECURITIES | MARGIN BALANCE | L |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L | 6/20/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. PARTY CITY OF ORANGE INC. | F | Dividend | O | W | | | | | |
| 2. PARTY CITY OF WARWICK RI INC. | F | Dividend | O | W | | | | | |
| 3. PNC BANK | A | Interest | J | T | | | | | |
| 4. NOTE RECEIVABLE LINARES MANAGEMENT | B | Interest | J | U | | | | | |
| 5. PNC BANK | A | Interest | J | T | | | | | |
| 6. FIRST INVESTORS NJ TAX FREE | B | Interest | L | T | | | | | |
| 7. AMERITRADE | A | Dividend | J | T | | | | | |
| 8. AVAYA | A | Dividend | J | | SELL | 3/15 | J | A | |
| 9. NJ DAILY MUNICIPAL INCOME | A | Dividend | J | T | | | | | |
| 10. ENVIRONMENTAL SOLUTIONS WORLDWIDE | A | Dividend | J | | SELL | 3/15 | J | A | |
| 11. EATON VANCE NJ MUNI FUND | C | Dividend | L | T | | | | | |
| 12. FRANKLIN NJ TAX FREE FUND CLASS B | D | Dividend | L | T | | | | | |
| 13. LINCOLN GROWTH & INCOME | B | Dividend | K | T | | | | | |
| 14. LINCOLN SOCIAL AWARENESS | B | Dividend | K | T | | | | | |
| 15. LINCOLN AGGRESSIVE GROWTH | B | Dividend | K | T | | | | | |
| 16. DELAWARE VIP TREND | B | Dividend | K | T | | | | | |
| 17. IRA SUN AMERICA | D | Dividend | O | T | | | | | |
| 18. IRA PUTNAM HEALTH SCIENCES | A | Dividend | J | | SELL | 6/08 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. IRA PUTNAM INTERNATIONAL NEW OPPORTUNITIES | A | Dividend | J | | SELL | 6/08 | J | A | |
| 20. IRA PUTNAM OTC & EMERGING GROWTH | A | Dividend | J | | SELL | 6/08 | J | A | |
| 21. NOTE RECEIVABLE PETER LINARES | A | Interest | K | T | BUY | 11/19 | K | | |
| 22. PARTY CITY LINCOLN LLC | A | None | N | W | BUY | 08/01 | K | | |
| 23. A & J EQUITIES LLC | A | None | K | U | BUY | 02/16 | K | | |
| 24. TOBY HILL CHASE LLC | A | None | N | W | BUY | 05/05 | J | | |
| 25. AMERICAN SAVINGS BANK | A | Interest | J | T | | | | | |
| 26. PNC BANK | A | Interest | J | T | | | | | |
| 27. IRA FRANKLIN ADJUSTABLE US SECURITIES | A | Dividend | J | T | | | | | |
| 28. IRA FIRST INVESTORS TOTAL RETURN A | A | Dividend | J | | SELL | 11/12 | J | A | |
| 29. IRA FIRST INVESTORS BLUE CHIP A | A | Dividend | J | | SELL | 11/12 | J | A | |
| 30. IRA FIRST INVESTORS GROWTH & INCOME | A | Dividend | J | | SELL | 11/12 | J | A | |
| 31. IRA FIRST INVESTORS MID-CAP OPPORTUNITY A | A | Dividend | J | | SELL | 11/12 | J | A | |
| 32. IRA MET LIFE | B | Dividend | K | T | BUY | 11/19 | K | | |
| 33. 401K MFS MID CAP GROWTH FUND | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LINARES, JOSE L | 6/20/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

PART 2: PARTIES AND TRMS

SALE OF INTEREST IN LAW PRACTICE OF LINARES, COVIELLO AND SANTANA ESQS. ARE UNLIQUIDATED AND CANNOT BE STATED WITH EXACTITUDE. MY REMAINING BENEFIT RANGES FROM 55% TO 70% OF FEES THAT WERE DUE TO LINARES, COVIELLO AND SANTANA. (MOSTLY MEDICAL MALPRACTICE CASES THAT WERE TRANSFERRED TO OTHER LAW FIRMSAT THE TIME I LEFT PRIVATE PRACTICE SINCE I WAS THE ONLY ATTORNEY IN MY OLD LAW FIRM WITH NECESSARY EXPERTISE TO HANDLE SAIDCASES) I ANTICIPATE THAT MY INCOME FROM THIS SOURCE OVER THE NEXT TWO YEARS WILL BE BETWEEN  $10000. AND $50000.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LINARES, JOSE L | 6/20/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date_____7/13/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544